PROPOSED ORDER/COVER SHEET

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

**FILED** RE: Adams, Brett

JUL 1 3 2005

DOCKET NO.: ~~CR~~05-70448    4-05-70448 WDB

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DATE: July 12, 2005

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

TAIFA M. GASKINS                                510-637-3750
U.S. Pretrial Services Officer                  TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s) Add:
A. Subject to drug testing & counseling.
B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_                    7/13/05
JUDICIAL OFFICER                     DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copies served to parties via ECF
Pretrial, Financial, Marshal

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge
**From:** Taifa M. Gaskins
U.S. Pretrial Services Officer
**Subject:** Adams, Brett
CR05-70448
**Date:** July 12, 2005



# MEMORANDUM

Your Honor,

Mr. Adams initially appeared on June 22, 2005, before Your Honor charged in an Indictment from the Southern District of Iowa with a violation of Title 18, United States Code, Section 641 - Theft of United States Government Money. He was released on a $50,000 unsecured bond with the following special conditions:

1) Defendant's travel is restricted to the Northern District of California;

2) Defendant shall report to Pretrial Services in Oakland, California, and the Southern District of Iowa (Davenport Division), as directed;

3) Defendant shall surrender his passport to the Court and shall not apply for any new travel documents (the defendant says he does not have a passport);

4) Defendant shall not possess any firearm, destructive device, or other dangerous weapon;

5) Defendant shall not use alcohol to excess and shall not use of possess any narcotic or other controlled substance without a legal prescription;

6) Defendant shall maintain current employment, or if unemployed shall seek and maintain verifiable employment;

7) Defendant shall submit to a warrantless search of his person, place or residence, and vehicle at the direction of Pretrial Services; and

8) Defendant shall not change residence without prior approval of Pretrial Services.

Mr. Adams reported to Pretrial Services on July 1, 2005, and a post bail interview was conducted. Attached please find a copy of the post bail report prepared by Pretrial Services on July 7, 2005. As noted in the report, Pretrial Services has concerns about Mr. Adams' drug use history. As such, we respectfully recommend that the Court consider adding a condition that Mr. Adams be subject to a drug testing and counseling condition as directed by Pretrial Services.

**Memorandum for the Honorable Wayne D. Brazil**  **Re: Adams, Brett**
**U.S. Magistrate Judge**                              **Page two**

Pretrial Services spoke with Assistant Federal Public Defender Joyce Leavitt who advised that she is agreeable to the modification. However, Ms. Leavitt also asked that Pretrial Services be mindful of how a random drug testing schedule may effect Mr. Adams' work schedule. Pretrial Services left a message for Assistant United States Attorney Brian Stretch regarding this matter, and we have not yet received a response.

Respectfully Submitted,

Taifa M. Gaskins
U.S. Pretrial Services Officer

Reviewed by

Silvio Lugo, Supervising
U.S. Pretrial Services Officer